JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thad Lee Young,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:22-cv-00576-SKO<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(Doc. 13) |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from October 31, 2022 to December 30, 2022, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　This is Plaintiff's second request for an extension of time.  In the months of May through July 21, 2022, Counsel has received an influx of Social Security Certified Administrative Records (CAR).  A review of the records received shows

Counsel has received at least 50 CARs, the majority of which were filed in June 2022.  This has caused an unusually large number of cases that have merit briefs due in the months of August and September.  For the months of September and October 2022, we have received an additional 39 CARs.

For the weeks of October 24, 2022 and October 31, 2022, Counsel currently has 24 merit briefs, and several letter briefs and reply briefs.  Additional time is needed to thoroughly brief this matter for the Court.

Also, as previously reported, Counsel for Plaintiff underwent major orthopedic surgery in March 2022, requiring significant physical therapy. This has required Plaintiff's counsel to take time off during the work week and work months since then. Although much improved, Counsel still participates in regular physical therapy two to three times per week.

Lastly, Counsel for Plaintiff is currently taking partial leave as his and his husband's child was born on October 14, 2022. Thus, Counsel is working limited hours for the months of October and November 2022.

Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated:        October 21, 2022      PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Jonathan Omar Pena*
      JONATHAN OMAR PENA
      Attorneys for Plaintiff


Dated: October 21, 2022        PHILLIP A. TALBERT
                               United States Attorney
                               MATHEW W. PILE

Associate General Counsel
Office of Program Litigation
Social Security Administration


By:  */s/ Marcelo N. Illarmo
Marcelo N. Illarmo
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on October 21, 2022)

## ORDER

Based upon the foregoing stipulation of the parties (Doc. 13), and for good cause shown (Fed. R. Civ. P. 16(b)(4)),

IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including December 30, 2022, in which to file Plaintiff's motion for summary judgment. All other deadlines set forth in the Scheduling Order (Doc. 5) shall be extended accordingly.

IT IS SO ORDERED.

Dated:  **October 24, 2022**          /s/ Sheila K. Oberto
                                 UNITED STATES MAGISTRATE JUDGE